OPINION — AG — ADVERTISING OF PRESCRIPTION DRUGS IS NOT PROHIBITED HOWEVER THE SOLICITATION BY MAIL OF PRESCRIPTION DRUGS IS SPECIFICALLY PROHIBITED BY 59 O.S. 1971 353.24 [59-353.24](D). A PHARMACIST MAY, HOWEVER, FILL AND DELIVER A PRESCRIPTION BY MAIL IF HE IS PERSONALLY ACQUAINTED WITH THE CUSTOMER AND IF THE CIRCUMSTANCES DICTATE THAT SUCH A METHOD OF DELIVERY IS IN THE BEST INTEREST OF THE HEALTH AND WELFARE OF THE CUSTOMER. (PAUL C. DUNCAN)